**Loretta MORRISON, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 00–7055.

United States Court of Appeals, Federal Circuit.

March 1, 2001.

ON MOTION

*ORDER*

Upon consideration of the unopposed motions to vacate the judgment of the United States Court of Appeals for Veterans Claims and to remand for further proceedings consistent with the Veterans Claims Assistance Act of 2000, Pub.L. No. 106–475, 114 Stat. 2096,

IT IS ORDERED THAT:

(1) The motions are granted.

(2) The revised official caption is reflected above.